STATE OF NEW JERSEY v. JAMES HORSELY.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN CANNON.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JULIO FERRER.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. BRUCE ANDERSON.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT RAY.

November 1, 1988.

Petition for certification denied.